IN the court of criminal Appeals

48,045-03

The State of Texas

- vs -

michael Ray Jackson

cause Number: 879446

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 21 2015
Abel Acosta, Clerk

Defendant's first request for Production
of Documents.

Now comes Defendant michael Ray Jackson requesting
that the Attorney of the State of Texas produce for
inspection and copying the following documents:

1. cause Number assigned to appeal File ON above cause
#879446 out of the 262 District court.

2. copies of all documents that were filed in appeal in the
court of criminal Appeals under the cause Number
assigned to it.

Date: July 15, 2015
Respectfully Submitted Pro Se
x Michael Jackson

Certificate of Service

I michael JACKSON do certify that a true and correct
copy of the above motion for Defendant's first request for
Production of Documents was placed in the U.S. mail
going to the Clerk of the court of criminal Appeals on this
date. July 15, 2015

Respectfully Submitted,
Michael Jackson
michael JACKSON #477139
mark styles Unit
3060 FM 3514
Beaumont, Texas 77705